PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

**for the**

**Eastern District of Louisiana**

UNITED STATES OF AMERICA
v.
Harolyn Bonner

Crim. No. 053L 2:13CR00052-001

On July 25, 2013 the above named was placed on probation/supervised release for a period of five years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*Daryl Naquin*
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 26 day of JAN , 2017 .

United States District Judge